IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02748-WYD-BNB

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation,
H2 LAND CO, LLC, a dissolved Colorado limited liability company,
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado liability company,
JONATHAN HOWARD,
PAUL HOWARD,
KF 103 CV, LLC, a Colorado limited liability company,
WILLIAM MARCHANT,
MAUREEN M. MARCHANT,
WILLIAM E. HOWELL, as Successor Trustee of the MARILYN J. HOWELL TRUST,
C. ARLENE NANCE,
WILLIAM PECK,
DARRELL H. OLIVER,
KELLY ANN OLIVER, and
SUSAN HANSON,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Motion to Vacate and Reset Scheduling Conference** [docket no. 14, filed December 26, 2012] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for January 3, 2013, is **vacated and reset to March 14, 2013, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **March 7, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 27, 2012