IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02748-WYD-BNB

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation,
H2 LAND CO, LLC, a dissolved Colorado limited liability company,
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado liability company,
JONATHAN HOWARD,
PAUL HOWARD,
KF 103 CV, LLC, a Colorado limited liability company,
WILLIAM MARCHANT,
MAUREEN M. MARCHANT,
WILLIAM E. HOWELL, as Successor Trustee of the MARILYN J. HOWELL TRUST,
C. ARLENE NANCE,
WILLIAM PECK,
DARRELL H. OLIVER,
KELLY ANN OLIVER, and
SUSAN HANSON,

Defendants.

---

**ORDER**

---

This matter arises on the **Second Unopposed Motion to Amend Scheduling Order**
[Doc. # 80, filed 9/3/2013] (the "Motion"). I am informed that the state court case underlying
this declaratory judgment action is likely to result in the entry of a final appealable order within
the next eight weeks. In the meantime, numerous hurdles preclude this case from proceeding
through disclosures and discovery.

IT IS ORDERED:

(1)     The Motion [Doc. # 80] is GRANTED;

(2)     All deadlines established in the Scheduling Order [Doc. # 49] are VACATED; and

(3)     The case is set for a status conference on **November 21, 2013, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated September 26, 2013.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge