IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02748-WYD-BNB

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation,
H2 LAND CO, LLC, a dissolved Colorado limited liability company,
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado liability company,
JONATHAN HOWARD,
PAUL HOWARD,
KF 103 CV, LLC, a Colorado limited liability company,
WILLIAM MARCHANT,
MAUREEN M. MARCHANT,
WILLIAM E. HOWELL, as Successor Trustee of the MARILYN J. HOWELL TRUST,
C. ARLENE NANCE,
WILLIAM PECK,
DARRELL H. OLIVER,
KELLY ANN OLIVER, and
SUSAN HANSON,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Unopposed Renewed Motion to Amend Case Schedule (Doc. 96)** [docket no. 100, filed August 29, 2014] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the case schedule is amended as follows:

　　Expert Witness Disclosures:
　　　　The parties shall designate all experts and provide opposing
　　　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　　　on or before **October 27, 2014**;

        The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 27, 2014**;

| | |
|---|---|
| Discovery cut-off: | **December 15, 2014;** |
| Dispositive Motions Deadline: | **January 8, 2015**. |

       IT IS FURTHER ORDERED that the Pretrial Conference set for February 17, 2015, is **vacated and reset to March 10, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **March 3, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  September 2, 2014