IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02748-WYD-BNB

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation,
H2 LAND CO, LLC, a dissolved Colorado limited liability company,
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado liability company,
JONATHAN HOWARD,
PAUL HOWARD,
KF 103 CV, LLC, a Colorado limited liability company,
WILLIAM MARCHANT,
MAUREEN M. MARCHANT,
WILLIAM E. HOWELL, as Successor Trustee of the MARILYN J. HOWELL TRUST,
C. ARLENE NANCE,
WILLIAM PECK,
DARRELL H. OLIVER,
KELLY ANN OLIVER, and
SUSAN HANSON,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion to Amend Case Schedule** [Doc. # 126, filed 11/22/2014] (the "Motion for Extension").  I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 126] is GRANTED.

(2) The case schedule is modified to the following extent:

   Discovery Cut-Off:     March 30, 2015

   Deposition Schedule:

|  |  |
|---|---|
| Dave Waskel: | December 30, 2014 |
| Paul Hamilton: | January 6, 2015 |
| Paul Howard: | January 8, 2015 |
| Lauren Feldman: | January 21, 2015 |
| Peter Doherty: | February 10, 2015 |

(The dates of these depositions may be altered only on further order of the court.)

   Dispositive Motions Deadline:  April 15, 2015

   Final Pretrial Conference: The final pretrial conference set for March 10, 2015, at 9:00 a.m., is VACATED and RESET to June 30, 2015, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than June 23, 2015.

   (3)  No further extensions of the case schedule will be allowed.

   Dated December 9, 2014.

                   BY THE COURT:

                   s/ Boyd N. Boland
                   United States Magistrate Judge