IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02748-WYD-NYW

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

    Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation,
H2 LAND CO, LLC, a dissolved Colorado limited liability company,
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado liability company,
JONATHAN HOWARD,
PAUL HOWARD,
KF 103 CV, LLC, a Colorado limited liability company,
WILLIAM MARCHANT,
MAUREEN M. MARCHANT,
WILLIAM E. HOWELL, as Successor Trustee of the MARILYN J. HOWELL TRUST,
C. ARLENE NANCE,
WILLIAM PECK,
DARRELL H. OLIVER,
KELLY ANN OLIVER, and
SUSAN HANSON,

    Defendants.

---

## MINUTE ORDER
---

Magistrate Judge Nina Y. Wang

    This matter is before the court on Unopposed Motion to Amend Case Schedule (Doc. No. 135) of Defendants Infinity Land Corporation, H2 Land Co, LLC, Howard Family Investments, LLC, and Paul Howard ("Moving Defendants' Unopposed Motion to Amend Case Schedule") [#143, filed February 16, 2015].

    IT IS ORDERED that Moving Defendants' Unopposed Motion to Amend Case Schedule is **DENIED**. Pursuant to the court's order dated December 10, 2014, the Parties were advised that no further extensions of the case schedule would be allowed [#135], and Moving Defendants have failed to show good cause for extending the discovery deadline for two weeks to accommodate further written discovery.

DATED: February 19, 2015