**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 12, 2015 |
| E.C.R./Reporter:    Mary George | |

Civil Action No: **12-cv-02748-WYD-NYW**        Counsel:

**COLORADO CASUALTY INSURANCE**                Amy M. Samberg
**COMPANY, a New Hampshire**                   Bethany A. Gorlin
**corporation**,

       Plaintiff,

v.

**INFINITY LAND CORPORATION, a**               Bradley A. Levin
**dissolved Colorado corporation;**            Kerri J. Atencio
**H2 LAND CO, LLC, a dissolved Colorado
limited liability company;
HOWARD FAMILY INVESTMENTS, LLC, a
dissolved Colorado limited liability
company;
JONATHAN HOWARD;
PAUL HOWARD;
KF 103 CV, LLC, a Colorado limited
liability company;
WILLIAM MARCHANT;
MAUREEN M. MARCHANT;
MARILYN J. HOWELL, as Trustee of the
MARILYN J. HOWELL TRUST;
C. ARLENE NANCE; and
WILLIAM PECK**,

       Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

-1-

| | |
|---|---|
| **1:34 p.m.** | Court in Session |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 1:35 p.m. | Discussion regarding case in El Paso County District Court that is still pending. |
| | Plaintiff Colorado Casualty Insurance Company's Motion for Summary Judgment [ECF Doc. No. 103], filed September 11, 2014, and Infinity Defendants' Cross-motion for Partial Summary Judgment [ECF Doc. No. 146], filed April 15, 2015, are raised for argument. |
| 1:37 p.m. | Argument by Plaintiff by Ms. Samberg. |
| 1:39 p.m. | Argument by Defendant by Ms. Atencio. |
| 1:40 p.m. | Argument by Plaintiff by Ms. Samberg. |
| 2:05 p.m. | Argument by Defendant by Ms. Atencio. |
| **2:54 p.m.** | Court in Recess |
| **3:13 p.m.** | Court in Session |
| 3:13 p.m. | Argument by Defendant by Ms. Atencio. |
| 3:16 p.m. | Argument by Plaintiff by Ms. Samberg. |
| 3:25 p.m. | Argument by Defendant by Ms. Atencio. |
| **ORDERED:** | Plaintiff Colorado Casualty Insurance Company's Motion for Summary Judgment [ECF Doc. No. 103], filed September 11, 2014, is **GRANTED IN PART and TAKEN UNDER ADVISEMENT IN PART.**  The motion is **GRANTED** to the extent that Defendants have conceded that H2 Land Co., LLC and Howard Family Investments, LLC are not entitled to a duty to defend.  The motion is **TAKEN UNDER ADVISEMENT** in all other aspects. |
| **ORDERED:** | Infinity Defendants' Cross-motion for Partial Summary Judgment [ECF Doc. No. 146], filed April 15, 2015, is **TAKEN UNDER ADVISEMENT.** |

Court indicates a written order shall follow.

**3:30 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: 1:37**