IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02748-WYD-NYW

COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,

    Plaintiff,

v.

INFINITY LAND CORPORATION, a dissolved Colorado corporation;
H2 LAND CO, LLC, a dissolved Colorado limited liability company;
HOWARD FAMILY INVESTMENTS, LLC, a dissolved Colorado limited liability company;
JONATHAN HOWARD;
PAUL HOWARD;
KF 103 CV, LLC, a Colorado limited liability company;
WILLIAM MARCHANT;
MAUREEN M. MARCHANT;
MARILYN J. HOWELL, as Trustee of the MARILYN J. HOWELL TRUST;
C. ARLENE NANCE; and
WILLIAM PECK,

    Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on August 26, 2015, and the Order, filed on March 28, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiff, Colorado Casualty Insurance Company, a New Hampshire corporation, and against Defendants, Infinity Land Corporation, a dissolved Colorado corporation; H2 Land Co, LLC, a

dissolved Colorado limited liability company; Howard Family Investments, LLC, a dissolved Colorado limited liability company; Jonathan Howard; Paul Howard; KF 103 CV, LLC, a Colorado limited liability company; William Marchant; Maureen M. Marchant; Marilyn J. Howell, as Trustee of the Marilyn J. Howell Trust; C. Arlene Nance; and William Peck, on Plaintiff's Motion for Summary Judgment.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Infinity Land Corporation, a dissolved Colorado corporation, and Paul Howard, and against Plaintiff, Colorado Casualty Insurance Company, a New Hampshire corporation, as a matter of law with regard to the fact that Colorado Casualty was required to defend them in connection with the Neighbors' counterclaims in the Underlying Action.  It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of the original judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 29th day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk